# MINUTES OF THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

*WILLIAM LANDRUM*     v.     *LAURA SCHWEITZER, et al.*

THE HONORABLE JOHN W. SEDWICK     CASE NO. 2:07-cv-00952 (JWS)

PROCEEDINGS:    **ORDER FROM CHAMBERS**     Date: October 22, 2008

---

    At docket 21, Magistrate Judge Voss recommends that the petition for a writ of habeas corpus filed by William Landrum be denied and dismissed with prejudice as untimely. Landrum filed objections at docket 22. In a case of this type, the district court reviews the magistrate judge's recommended conclusions of law and any recommended findings of fact as to which an objection is taken *de novo*. This court reviews any recommended findings of fact as to which no objection is taken for clear error. This court has applied that standard. There is nothing in the objections which shows any error in the recommendations by Judge Voss. This court adopts the recommended findings of fact and conclusions of law reflected in the report at docket 21. Based thereon, the petition is **DENIED** and dismissed with prejudice.